IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MYRA BROWN and ALEXANDER TAYLOR,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>*Defendants*. | CIVIL ACTION NO. 4:22-cv-908 |

## [PROPOSED] ORDER

Before the Court is Plaintiffs' motion for a preliminary injunction. Having considered the motion, opposition, reply, case file, and applicable law,

**IT IS ORDERED** that Plaintiffs' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants are enjoined during the pendency of this action from enforcing, applying, or implementing the Debt Forgiveness Program anywhere within the Department's jurisdiction.

**SO ORDERED** on this ___ day of _____ 2022.

_____
UNITED STATES DISTRICT JUDGE