IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MYRA BROWN AND ALEXANDER TAYLOR, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-cv-00908-O |
| U.S. DEPT. OF EDUCATION, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Injunction (ECF No. 3), filed October 10, 2022. Plaintiffs seek a preliminary injunction enjoining the United States Department of Education and Secretary of Education Miguel Cardona ("Defendants") from enforcing, applying, or implementing the Debt Forgiveness Program anywhere within the Department's jurisdiction. The Court hereby **ORDERS** Plaintiffs to serve process upon Defendants without delay. The Court further **ORDERS** Plaintiffs to attempt to meet, confer, and file a status report providing a proposed briefing schedule to address Plaintiff's Motion for Injunction. This status report is due no later than **October 17, 2022, at 5:00 p.m.**

SO ORDERED on this **10th day** of **October, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE