**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
**501 W. 10th STREET**
**FORT WORTH, TEXAS 76102**

**REED O' CONNOR**                                                                       **817/850-6788 Chambers**

**U.S. District Judge**                                                                   **817/850-6787 Facsimile**

October 12, 2022

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:    4:22-cv-00908-O

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

Sincerely,

*/s/ Reed O'Connor*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**
