IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MYRA BROWN and ALEXANDER TAYLOR,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>*Defendants*. | CIVIL ACTION NO. 4:22-cv-908 |

## JOINT STATUS REPORT

Per the Court's Order, the parties file the following joint status report.

1. On October 10, Plaintiffs filed a motion for a preliminary injunction asking the Court to enjoin the Defendants from "enforcing, applying, or implementing the Debt Forgiveness Program anywhere within the Department's jurisdiction." Dkt. 3.

2. In their motion, Plaintiffs stated that "[e]xpedited relief is needed because the Department has stated that it will start cancelling student loan debt as early as Sunday, October 23." *Id.*

3. Later that day, the Court issued an Order instructing Plaintiffs to "serve process upon Defendants without delay" and to "attempt to meet, confer, and file a status report providing a proposed briefing schedule to address Plaintiffs' Motion for Injunction." Dkt. 6.

4. Following the Court's Order, on October 10, Plaintiffs served the Defendants with all filings to date, including the complaint and their motion for a preliminary injunction. Plaintiffs also emailed copies of their filings and the Court's Order to R. Charlie Merritt at the U.S. Department of Justice, who has served as counsel to the Defendants in similar cases.

1

5. On October 12, the parties held a conference to discuss a briefing schedule. At the conference, Plaintiffs' counsel conveyed their need to adopt a schedule that would allow briefing to conclude before October 23, the date on which the Department has indicated that debt forgiveness may begin. Although Defendants maintain the position that there is no emergency necessitating expedited briefing in advance of October 23, Defendants have agreed to a briefing schedule that will permit Plaintiffs' motion to be fully briefed in advance of that date.

6. On October 14, the parties reached agreement on a proposed briefing schedule. Subject to this Court's approval, the parties propose the following briefing schedule:

October 19 at 5:00 CST: Defendants' response to the preliminary-injunction motion is due

October 20 at midnight: Plaintiff's reply in support of their motion is due.

7. The parties are prepared to attend a hearing to resolve Plaintiffs' motion at the Court's convenience.

WHEREFORE, the parties respectfully request that the Court adopt their proposed briefing schedule.

Dated: October 14, 2022                                   Respectfully submitted,

                                                          /s/   Steven C. Begakis

                                                          J. Michael Connolly (VA Bar No. 77632)
                                                          James F. Hasson (TX Bar No. 24109982)
                                                          Matthew Pociask* (IL Bar No. 6336568)
                                                          CONSOVOY MCCARTHY PLLC
                                                          1600 Wilson Boulevard, Suite 700
                                                          Arlington, VA 22209
                                                          Tel: (703) 243-9423
                                                          Fax: (703) 243-9423
                                                          mike@consovoymccarthy.com
                                                          james@consovoymccarthy.com
                                                          matt@consovoymccarthy.com

                                                          Steven C. Begakis (VA Bar No. 95172)
                                                          CONSOVOY MCCARTHY PLLC
                                                          Fort Worth, TX
                                                          Tel: (703) 243-9423
                                                          Fax: (703) 243-9423
                                                          steven@consovoymccarthy.com

                                                          *Admitted in Illinois, but not Virginia.
                                                          Supervised by principals at firm.

                                                          Counsel for Plaintiffs



                                                          Respectfully submitted,

                                                          BRIAN M. BOYNTON
                                                          Principal Deputy Assistant Attorney General

                                                          MARCIA BERMAN
                                                          Assistant Branch Director

                                                          /s/ Kate Talmor
                                                          KATE TALMOR (Md. Bar)
                                                          R. CHARLIE MERRITT
                                                          CODY KNAPP
                                                          SAMUEL REBO
                                                          Trial Attorneys
                                                          U.S. Department of Justice
                                                          Civil Division, Federal Programs Branch
                                                          1100 L Street NW
                                                          Washington, DC 20005

3

(202) 305-5267  
kate.talmor@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2022, I electronically filed the foregoing document through the Court's ECF system, which will serve a copy on Defendants' counsel via email.

*/s/  Steven C. Begakis*
Steven C. Begakis
