UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MYRA BROWN AND ALEXANDER TAYLOR,**

   Plaintiffs,

v.                                             No. 4:22-cv-908-P

**U.S. DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

## ORDER

The Court recognizes the importance of this case and desires to resolve the dispute in an expeditious manner. Thus, the Court ordered the Parties to submit a Joint Report containing proposed deadlines regarding Plaintiffs' Motion for Preliminary Injunction. ECF No. 6. Having reviewed the Parties Joint Status Report (ECF No. 16), the Court **ORDERS** that Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed on or before **October 19, 2022**, and Plaintiffs' Reply to Defendants Opposition shall be filed on or before **October 20, 2022**.

**SO ORDERED** on this **17th day** of **October 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE