UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MYRA BROWN AND ALEXANDER TAYLOR,**

   Plaintiffs,

v.                        No. 4:22-cv-908-P

**U.S. DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 3). The Court **ORDERS** that a hearing on Plaintiffs' Motion for Preliminary Injunction will be held at **9:00 a.m. on Tuesday, October 25, 2022**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. Counsel for all parties are **ORDERED** to attend.

**SO ORDERED** on this **18th day** of **October 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE