UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MYRA BROWN, ET AL.,**

   Plaintiffs,

v.                              **No. 4:22-cv-908-P**

**U.S. DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

## ORDER

Before the Court is Defendants' Motion for Enlargement of Pages to respond to Plaintiffs' Motion for Preliminary Injunction ("Motion"). ECF No. 21. Having considered the Motion and docket entries, the Court **GRANTS** the Motion.

**SO ORDERED** on this **19th day** of **October 2022**.

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE