FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MYRA BROWN and ALEXANDER TAYLOR,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION; MIGUEL CARDONA, in his official capacity as the Secretary of Education,<br><br>*Defendants*. | CIVIL ACTION NO. 4:22-cv-908 |

# NOTICE

Plaintiffs file this Notice to alert the Court to a recent action by the U.S. Court of Appeals for the Eighth Circuit. On Thursday, the Eastern District of Missouri dismissed a complaint filed by Nebraska and five other states challenging the Loan Forgiveness Program. *See Nebraska v. Biden*, No. 22-cv-1040 (E.D. Mo.) (Dkt. 44). The States then filed a motion for an injunction pending appeal and an emergency motion for an administrative stay prohibiting the government from discharging any student loan debt under the program until the Court rules on the motion for an injunction pending appeal. *See Nebraska v. Biden*, No. 22-3179 (8th Cir.).

The Eighth Circuit granted the States' emergency motion for an administrative stay. *See* Ex. A. The Eighth Circuit set an expedited briefing schedule on the motion for an injunction pending appeal, ordering the government to file its opposition by Monday, October 24, at 5:00 pm and the States to file their reply by Tuesday, October 25, at 5:00 pm. *Id.* The Order is attached to this Notice.

1

Respectfully submitted,

Dated: October 21, 2022

*/s/ J. Michael Connolly*

J. Michael Connolly (VA Bar No. 77632)
James F. Hasson (TX Bar No. 24109982)
Matthew Pociask* (IL Bar No. 6336568)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Tel: (703) 243-9423
Fax: (703) 243-9423
mike@consovoymccarthy.com
james@consovoymccarthy.com
matt@consovoymccarthy.com

Steven C. Begakis (VA Bar No. 95172)
CONSOVOY MCCARTHY PLLC
Fort Worth, TX
Tel: (703) 243-9423
Fax: (703) 243-9423
steven@consovoymccarthy.com

*Admitted in Illinois, but not Virginia. Supervised by principals at firm.*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that on October 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System and will serve a copy on each of the Defendants according to the Federal Rules of Civil Procedure.

                                        */s/ J. Michael Connolly*
                                        J. Michael Connolly

# Exhibit A

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 22-3179

State of Nebraska, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01040-HEA)

------

**ORDER**

Appellants' emergency motion for an administrative stay prohibiting the appellees from discharging any student loan debt under the Cancellation program until this Court rules on the appellants' motion for an injunction pending appeal is granted. The request for expedited briefing on the motion for an injunction pending appeal is granted as follows:

Appellees' response in opposition shall be due on or before 5:00 PM Central, Monday, October 24, 2022 and the Appellants' reply, if any, is due on or before 5:00 PM Central, Tuesday, October 25, 2022.

October 21, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
       /s/ Michael E. Gans