UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MYRA BROWN AND ALEXANDER TAYLOR,**

   Plaintiffs,

v.                                         No. 4:22-cv-908-P

**U.S. DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

# ORDER

On October 18, 2022, the Court set a hearing on Plaintiffs' Motion for Preliminary Injunction for **9:00 a.m. on Tuesday, October 25, 2022**, in the Fourth Floor Courtroom of the Eldon B. Mahon United States Courthouse, located at 501 W. 10th Street, Fort Worth, Texas. The Court hereby instructs that each side will be allotted no more than two and a half hours to argue at the hearing.

**SO ORDERED** on this **24th day** of **October 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE