UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MYRA BROWN AND ALEXANDER TAYLOR,**

   Plaintiffs,

v.                                                          No. 4:22-cv-908-P

**U.S. DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction (ECF No. 3). Under Federal Rule of Civil Procedure 65, "[b]efore or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing." FED. R. CIV. P. 65.

Having held a hearing on Plaintiffs' Motion for Preliminary Injunction and reviewed the related briefing, the Court intends to consolidate as it appears that the Parties have presented their case and no evidence of significance would be forthcoming at trial. The Court **ORDERS** the Parties to file written objections to the Court advancing Plaintiffs' Motion for Preliminary Injunction to a determination on the merits by **November 4, 2022**.

**SO ORDERED** on this **2nd day** of **November 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE