UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MYRA BROWN, ET AL.,**

  Plaintiffs,

v.                                           No. 4:22-cv-0908-P

**U.S. DEPARTMENT OF EDUCATION,
ET AL.,**

  Defendants.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. Per the Order entered on November 10, 2022:

It is **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of the Plaintiffs.

Plaintiffs' Motion for Summary Judgment (ECF No. 3) is **GRANTED** and Defendants' Motion to Dismiss (ECF No. 25) is **DENIED**.

The Court **DECLARES UNLAWFUL** and **VACATES** the Program.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **10th day** of **November 2022**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE