IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MYRA BROWN and ALEXANDER TAYLOR,<br><br>     Plaintiffs,<br><br> v.<br><br>U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA, in his official capacity as Secretary of Education,<br><br>     Defendants. | Civil Action No. 4:22-cv-00908-P |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants in this case hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's November 10, 2022 Order (ECF No. 37) and Final Judgment (ECF No. 38).

Dated: November 10, 2022                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

<u>/s/ Cody T. Knapp</u>
CODY T. KNAPP (NY #5715438)
KATE TALMOR
R. CHARLIE MERRITT
SAMUEL REBO
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 532-5663
Facsimile: (202) 616-8470
E-mail: cody.t.knapp@usdoj.gov

*Counsel for Defendants*

Case 4:22-cv-00908-P   Document 39   Filed 11/10/22   Page 3 of 3   PageID 568

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy to all counsel of record.

*/s/ Cody T. Knapp*
CODY T. KNAPP