IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF NEBRASKA et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., et al.,<br><br>Defendants. | No. 4:22-cv-01040 |

**ENTRY OF APPEARANCE**

Shannon Grammel, Deputy Solicitor General, hereby enters her appearance on behalf of Plaintiff State of Kansas in this case.

                Respectfully submitted,

                **DEREK SCHMIDT**
                **Attorney General of Kansas**

                */s/ Shannon Grammel*
                Shannon Grammel
                    *Deputy Solicitor General*
                Office of the Kansas Attorney General
                120 S.W. 10th Ave., 2nd Floor
                Topeka, Kansas 66612
                Tel.: (785) 296-2215
                Fax: (785) 291-3767
                shannon.grammel@ag.ks.gov

                *Attorney for Plaintiff State of Kansas*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 5, 2022, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/ *Shannon Grammel*
Shannon Grammel