**FILED**
**December 5, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States Court of Appeals
for the Fifth Circuit

———————

No. 22-11115

———————

MYRA BROWN; ALEXANDER TAYLOR,

*Plaintiffs—Appellees*,

*versus*

UNITED STATES DEPARTMENT OF EDUCATION; MIGUEL CARDONA, *Secretary, U.S. Department of Education, in his official capacity as the Secretary of Education*,

*Defendants—Appellants.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-908

———————————————————

ORDER:

    In light of the grant of certiorari in *Nebraska v. Biden*, 52 F.4th 1044 (8th Cir. 2022), *cert. granted*, No. 22-506, 2022 WL 17348754 (Dec. 1, 2022), this appeal is HELD IN ABEYANCE pending further order of this court.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT