UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MYRA BROWN, ET AL.,**

   Plaintiffs,

v.                                **No. 4:22-cv-908-P**

**U.S. DEPARTMENT OF EDUCATION, ET AL.,**

   Defendants.

# ORDER

Before the Court is Defendants' Emergency Motion to Stay Judgment Pending Appeal ("Motion"). ECF No. 40. The Fifth Circuit denied an identical request for a stay pending appeal, and the Supreme Court did not overrule that judgment. *See* Dkt. No. 75-1, *Brown v. Dep't of Educ.*, No. 22-1115 (5th Cir. Nov. 30, 2022) (per curiam), *cert. granted*, 143 S. Ct. 541 (U.S. Dec. 12, 2022) (Mem.). This Court "has no power or authority to deviate from" these conclusions *See Briggs v. Pa. R. Co.*, 334 U.S. 304, 306. Thus, the Motion is **DENIED**.

**SO ORDERED** on this **6th day** of **February 2023**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE